# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

## CIVIL ACTION NO. 7:14-CV-115-FL

| | | |
|---|---|---|
| **U.S.A. f/u/b/o BARNES & SONS MASONRY OF ATKINSON, INC.,** | ) | |
| **Plaintiff** | ) | |
| | ) | **ORDER ON MOTION** |
| **v.** | ) | **TO STAY PENDING** |
| | ) | **PENDING** |
| **DCK NORTH AMERICA, LLC and** | ) | **ARBITRATION** |
| **LIBERTY MUTUAL INSURANCE** | ) | |
| **COMPANY,** | ) | |
| **Defendants.** | ) | |

    **WHEREAS** Plaintiff Barnes and Sons Masonry of Atkinson, Inc. ("Barnes") and Defendant DCK North America, LLC ("DCK") have a valid and enforceable written agreement to arbitrate all disputes, and DCK has invoked its right to arbitration of all disputes;

    **IT IS HEREBY ORDERED,** for good cause shown, that this civil action be stayed until arbitration between Plaintiff Barnes and Sons Masonry of Atkinson, Inc. and Defendant DCK North America, LLC has been completed.

    This the  8th  day of August, 2014.

_____
Louise W. Flanagan, U.S. District Judge