IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CIVIL ACTION FILE NO.: 7:14-CV-115-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, for the use and benefit of BARNES & SONS MASONRY OF ATKINSON, INC.,<br>Plaintiff<br><br>v.<br><br>DCK NORTH AMERICA, LLC, and LIBERTY MUTUAL INSURANCE COMPANY,<br>Defendants | ORDER GRANTING PLAINTIFF'S MOTION TO TEMPORARILY LIFT STAY, FOR EXTENSION OF DEADLINE TO SERVE PROCESS, AND FOR EXPEDITED RULING |

THIS CAUSE came on to be heard and was heard by the undersigned United States District Judge upon the Motion to Temporarily Lift Stay, for Extension of Deadline to Serve Process, and for Expedited Ruling, filed by Plaintiff Barnes & Sons Masonry of Atkinson, Inc. ("Plaintiff") and, it appearing to the Court, that Plaintiff's Motion should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED as follows:

1. The stay of this case is lifted for the limited purpose of allowing Plaintiff to serve Liberty Mutual with process. Otherwise, the stay invoked by the Order filed August 8, 2014 shall remain in full force and effect; and,

2. The time for Plaintiff to serve Liberty Mutual with process is hereby extended for an additional 60 days, or until November 26, 2014.

SO ORDERED, this the 26th day of September, 2014.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE